**Opinion issued November 14, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00969-CR
_____

**DONALD RAY MCCRAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 578315**

---

## MEMORANDUM OPINION

Appellant, Donald Ray McCray, attempts to appeal from the trial court's order denying appellant's request for permission to appeal. We dismiss the appeal.

Generally, the Court only has jurisdiction to consider an appeal by a criminal defendant where there has been a final judgment of conviction. *See Workman v.*

*State*, 343 S.W.2d 446, 447 (Tex. Crim. App. 1961); *McKown v. State*. 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). Appellant filed a notice of appeal in trial court cause number 578315. That case, however, was dismissed upon reindictment under another cause number. Thus, there is no judgment of conviction in the underlying case, only an order of dismissal. Absent a judgment of conviction, this Court is without jurisdiction to consider appellant's appeal. *See Moreno v. State*, No. 08-12-00027-CR, 2012 WL 1647948, at \*1 (Tex. App.—El Paso May 9, 2012, no pet.) (mem. op., not designated for publication) (dismissing for want of jurisdiction when appellant filed notice of appeal in case where there was no conviction due to reindictment); *Ballard v. State*, Nos. 01-08-00947-CR, 01-08-00948-CR, 2009 WL 3248197, at \*1 (Tex. App.—Houston [1st Dist.] Oct. 8, 2009, no pet.) (mem. op., not designated for publication) ("[W]e have no jurisdiction over this cause because the cause is finally disposed of by a judgment of dismissal and there is no judgment of conviction against appellant."); *Henderson v. State*, No. 05-01-01729-CR, 2002 WL 538940, at \*1 (Tex. App.—Dallas Apr. 12, 2002, no pet.) (mem. op., not designated for publication) (determining that court was without jurisdiction when appellant filed notice of appeal in case that had been dismissed upon reindictment and conviction under another cause number).

After being notified that this appeal was subject to dismissal for want of jurisdiction, appellant did not respond. *See* TEX. R. APP. P. 42.3(a).

Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).